```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12685
    GWENDOLYN WEBB
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-0934

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/19/2008 and was confirmed 07/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC     15795.00              .00          250.00
CAPITAL ONE AUTO FINANCE  UNSECURED          2606.77              .00            .00
AMERILOAN                 UNSECURED         NOT FILED             .00            .00
CASHNET USA               UNSECURED         NOT FILED             .00            .00
NEW HOPE LUTHERAN SCHOOL  UNSECURED         NOT FILED             .00            .00
MID AMERICA BANK          UNSECURED         NOT FILED             .00            .00
PREMIER BANKCARD          UNSECURED           382.93              .00            .00
NORTHWESTERN MEDICAL FAC  UNSECURED           349.20              .00            .00
TRIBUTE/FBOFD             UNSECURED         NOT FILED             .00            .00
MOUNT SINAI HOSPITAL      UNSECURED         NOT FILED             .00            .00
PARAGONWAY                UNSECURED         NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           468.29              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           483.84              .00            .00
UNITED CASH LOANS         UNSECURED         NOT FILED             .00            .00
SHERLIE WEBB              NOTICE ONLY       NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED          5490.00              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           750.04              .00            .00
ROUNDUP FUNDING LLC       UNSECURED           689.98              .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          2168.03              .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        3,464.00                          256.00
TOM VAUGHN                TRUSTEE                                               44.00
DEBTOR REFUND             REFUND                                               550.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,100.00

PRIORITY                                          .00
SECURED                                        250.00
UNSECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12685 GWENDOLYN WEBB
```

```
ADMINISTRATIVE                                                     256.00
TRUSTEE COMPENSATION                                                44.00
DEBTOR REFUND                                                      550.00
                                       ---------------     ---------------
TOTALS                                        1,100.00            1,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
           CASE NO. 08 B 12685 GWENDOLYN WEBB